### DUNCAN v LINTON, Admx

Ohio Appeals, 2nd Dist, Franklin Co

Decided April 16, 1929

For full opinion see 175 NE 621; 38 Oh Ap 57 (Oh Bar 5-12-31).

### CINCINNATI (city) v CINCINNATI OIL WORKS CO

### CINCINNATI (city) v REFINERS OIL CORP

### CINCINNATI (city) v QUEEN CITY PETROLEUM PRODUCTS CO

Ohio Supreme Court
Nos. 22656, 22657 & 22658.
Decided April 1, 1931

For full opinion see 175 NE 699; 123 Oh St 488 (Oh Bar 5-5-31).

### JONES v WELLS CO

Ohio Supreme Court

No. 22618.   Decided April 15, 1931

For full opinion see 176 NE 73; 123 Oh St 516 (Oh Bar 5-26-31).

### STATE v BROWNING

Ohio Supreme Court

No. 22652.   Decided Apr 29, 1931

For full opinion see 123 Oh St 584 (Oh Bar 6-9-31).

### STATE ex THOMAS v HENDERSON

Ohio Supreme Court

Nos. 22863 & 22890.   Decided Apr 15, 1931

For full opinion see 175 NE 865; 123 Oh St 474 (Oh Bar 5-19-31).